# UNITED STATES DISTRICT COURT

__Eastern__                    District of                    __California__

MARLENE PROPPS,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:09-at-434

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this ____8th____ day of _____June_____ , ___2009___ .

/s/ Gary S. Austin
_____
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
_____
Name and Title of Judicial Officer